**CHAUFFEURS, TEAMSTERS AND HELPERS LOCAL UNION NO. 171, affiliated with International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent,**

and

**Overnite Transportation Company, Inc., Intervenor.**

No. 72-2015.

United States Court of Appeals, Fourth Circuit.

Argued Feb. 7, 1973.

Decided March 8, 1973.

---

* Rule 18, 5 Cir; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Hugh J. Beins, Washington, D. C. (Robert M. Baptiste, Washington, D. C., on brief), for petitioner.

David Miller, Atty., N. L. R. B. (Peter G. Nash, Gen. Counsel, Patrick Hardin, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, and William F. Wachter, Washington, D. C., Atty., on brief), for respondent.

J. W. Alexander, Jr., Charlotte, N. C. (Blakeney, Alexander & Machen, Charlotte, N. C., on brief), for intervenor.

Before HAYNSWORTH, Chief Judge, BUTZNER, Circuit Judge, and BRYAN, District Judge.

PER CURIAM:

A review of the record discloses that substantial evidence supports the orders of the Board. Accordingly, enforcement is granted for the reasons stated by the Board. See 192 N.L.R.B. No. 25, 77 L.R.R.M. 1875 and 197 N.L.R.B. No. 153, 80 L.R.R.M. 1841.